UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LADARIUS B. MITCHELL,

     Plaintiff,

v.                                     Case No. 3:25cv1922-LC-HTC

SERGEANT SPENCER, et al.,

     Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 18, 2025 (ECF No. 8), recommending that this case be dismissed with prejudice for Plaintiff's failure to state a claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITH PREJUDICE for Plaintiff's failure to state a claim.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 1st day of December, 2025.


    s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**